UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JAVIER HUMBERTO TAPIA FONTANEZ | CONSOLIDATED NO. 04-0064-A |
|---|---|
| -vs- | JUDGE DRELL |
| ROBERT KOSCO | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc. 23) is GRANTED and Plaintiff's claims are DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 27th day of October, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge